■ In the Matter of MELVYN J. ESTRIN, a Suspended Attorney. [746 NYS2d 254] —Petitioner reinstated as an attorney

and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, P.J., Nardelli, Sullivan, Rosenberger and Wallach, JJ.